Matter of Grandsard v Hutchison (2024 NY Slip Op 02613)

Matter of Grandsard v Hutchison

2024 NY Slip Op 02613

Decided on May 09, 2024

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: May 09, 2024

Before: Manzanet-Daniels, J.P., Friedman, Kapnick, Gesmer, Rosado, JJ. 

Index No. 153605/24 Appeal No. 2395 Case No. 2024-02950 

[*1]In the Matter of Bruno Grandsard, Petitioner-Appellant, 
v
Evan Hutchison, et al., Respondents-Respondents.

Advocates for Justice Chartered Attorneys, New York (Arthur Z. Schwartz of counsel), for appellant.
Paul D. Newell, New York, for Evan Hutchison, respondent.

Order and judgment (one paper), Supreme Court, New York County (Richard G. Latin, J.), entered on or about April 29, 2024, unanimously affirmed for the reasons stated by Latin, J., without costs or disbursements.
No opinion. Order filed.
THIS CONSTITUTES THE DECISION AND ORDER OF THE SUPREME COURT, APPELLATE DIVISION, FIRST DEPARTMENT.
ENTERED: May 9, 2024